IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS,
EASTERN DIVISION

| | |
|---|---|
| CHRISTOPHER V. LANGONE, | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| WILLIAM GANTZ, | ) |
| Defendant. | ) |

**COMPLAINT FOR DECLARATORY JUDGMENT**

Plaintiff, Chris Langone, and for his Complaint against Defendant, William Gantz, states as follows:

**Jurisdiction and Venue**

1. This Court has jurisdiction over this action pursuant to 28 U.S.C. § 1332(a)(1) because the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs, and is between citizens of different states.

2. Plaintiff, Chris Langone, is a citizen of the State of Tennessee.

3. Defendant, William Gantz, is a citizen of the State of Rhode Island.

4. Venue is proper in the Northern District of Illinois pursuant to 28 U.S.C. § 1391(b)(2) because a substantial part of the events giving rise to this action occurred in this District.

**Parties**

5. Plaintiff, Chris Langone, is an attorney licensed to practice law and currently domiciled in Tennessee, where he is a citizen.

6. Defendant, William Gantz, is an attorney licensed to practice law in Massachusetts and is domiciled in that state.

**Factual Allegations**

7. Plaintiff is engaged in the practice of law in Illinois and represents clients in various matters.

8. On or about January 8, 2025, Defendant sent a letter to Plaintiff (the "Threat Letter"), addressed to his business address in Illinois, and which referenced litigation pending in Cook County.

9. The Threat Letter contained language that Plaintiff contends is improper under applicable rules of professional conduct, including Rule 5.6 of the Model Rules of Professional Conduct, which prohibits actions that improperly restrict the right to practice law.

10. Defendant's actions have created an actual controversy regarding Plaintiff's rights and obligations under the applicable rules of professional conduct and federal and state law.

11. Plaintiff seeks declaratory relief to resolve this controversy and clarify his rights to practice law without improper restrictions or threats from Defendant.

**Cause of Action: Declaratory Judgment**

12. Plaintiff incorporates by reference the allegations set forth in paragraphs 1 through 11 as though fully stated herein.

13. An actual and justiciable controversy exists between Plaintiff and Defendant concerning whether Defendant's conduct, as set forth in the January 8, 2025, Threat Letter, violates Rule 5.6 of the Illinois Rules of Professional Conduct.

14. Plaintiff seeks a declaration pursuant to 28 U.S.C. § 2201 that:

   (a) Defendant's conduct, as set forth in the January 8, 2025, Threat Letter, violates Rule 5.6;
   (b) Defendant's actions are improper and unenforceable under the law; and
   (c) Plaintiff has not engaged in any conduct that gives rise to any liability as threatened in the Threat Letter.

**Prayer for Relief**

WHEREFORE, Plaintiff respectfully requests that this Court enter judgment in his favor and grant the following relief: Defendant's conduct, as set forth in the January 8, 2025, Threat Letter, violates Rule 5.6; Defendant's actions are improper and unenforceable under the law; and Plaintiff has not engaged in any conduct that gives rise to any liability as threatened in the Threat Letter.

                                                    Respectfully submitted,

                                                    /s/ Christopher V. Langone

205 N. Michigan, #805
Chicago, IL60601
(312) 720-9191
LangoneLaw@gmail.com